## NOTICE OF APPEAL

*************************

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

STEPHANE HOUDET and ALAN J. RICH,

Plaintiffs,

-against-

UNITED STATES TENNIS ASSOCIATION,
DANIEL MALASKY, DAVID BREWER,
DAVID SCHOBEL, JEREMIAH YOLKUT,
HARLAN STONE, GORDON SMITH,
CHRIS WIDMAIER, AND JOHN AND JANE
DOE (employees, agents and servants of
Defendant USTA whose names are unknown),

Defendants.

**NOTICE OF APPEAL**

Civil Action No. 13-CV-5131 (FB)

Notice is hereby given that Plaintiffs, STEPHANE HOUDET and ALAN J. RICH, in the above matter, hereby appeal to the United States Court of Appeals for the Second Circuit, from the Memorandum and Order [Doc. No. 26] of Hon. District Judge Frederic Block, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 granting Defendants' motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12 (b) (6), entered on December 4, 2014, and Judgment [Doc. No. 27] in favor of the Defendants dismissing the Complaint entered on December 4, 2014.

Dated: Brooklyn, New York
January 2, 2015

/s/_____
Alan J. Rich
Law Offices of Alan J. Rich, LLC
Plaintiff *pro se* and Attorneys for Plaintiffs
26 Court Street, Suite 1809
Brooklyn, New York 11242
Tel: (212) 921-2244
ARich@Richlaw.US